IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MATTHEW LANDGRAF, #19693-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:14cv805 |
| | § | CRIMINAL ACTION NO. 4:12cr086(1) |
| UNITED STATES OF AMERICA | § | |

## **ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Magistrate Judge issued a Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of Movant's § 2255 motion (Dkt. #1). Movant did not file objections. After considering the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is accordingly,

**ORDERED** Movant's motion to vacate, set aside, or correct sentence (Dkt. #1) is **DENIED** and the case **DISMISSED** with prejudice. All motions not previously ruled on are **DENIED**.

SIGNED this the 22 day of **January, 2018.**

_____
Thad Heartfield
United States District Judge